IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SCOTT N. O'LEARY,<br><br>    Defendant. | 4:14CR3036<br><br>**ORDER** |

IT IS ORDERED:

1)  The defendant's motion, (filing no. 24), is granted.

2)  Pretrial Services shall the investigate whether the defendant can be placed at Bristol Station in Hastings, Nebraska. Once that investigation is completed, the Pretrial Services Officer will notify counsel of record and the undersigned and a hearing will be scheduled to address whether the defendant may be released.

May 5, 2014.

                 BY THE COURT:

                 *s/ Cheryl R. Zwart*
                 United States Magistrate Judge